1

2

3

4
                                                    JS - 6
5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   HARMAN SANDHU,                    )     No. CV 11-5749-CJC (AGR)
                                       )
11                  Petitioner,        )
                                       )     JUDGMENT
12      v.                             )
                                       )
13   UNITED STATES OF AMERICA,         )
                                       )
14                  Respondent.        )
                                       )
15   ─────────────────────────────────)

16
          Pursuant to the Order Accepting Findings and Recommendation of United
17
     States Magistrate Judge,
18
          IT IS ADJUDGED that the Petition in this matter is dismissed.
19

20
     DATED:  June 13, 2012        _____
21                                     CORMAC J. CARNEY
                                       United States District Judge
22

23

24

25

26

27

28